

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00213-CV

**IN RE** Kristopher Michael **MONTEMAYOR**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  April 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on April 1, 2014, and an amended petition on April 3, 2014, complaining of the trial court's denial of his request for a jury trial on a motion for enforcement and contempt alleging non-payment of previously ordered child support. Mandamus relief is only available if the relator establishes both that the trial court clearly abused its discretion and relator lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding). The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2004-CVG-000909-C1, styled *In the Interest of K.M.M. and K.M.M. Jr., Children*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.